# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600392**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## CAMERON B. MILLER
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, Marine All Weather
Fighter Attack Squadron 225, Marine Aircraft Group 11, 3d MAW,
San Diego, CA.
Staff Judge Advocate's Recommendation: LtCol W. Lee, USMC.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 27 April 2017

———————————————

Before CAMPBELL, FULTON, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court